FILED
MAY 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>EarthLink<br>c/o Legal Department<br>1375 Peachtree St., Level A<br>Atlanta, GA 30309, relating to an account bearing the username<br>c.corn@earthlink.net | CASE NO. 2:10-SW-0126 KJM<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 5/22/13

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge

Order to Unseal Search Warrant and Related Documents

1